# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RAYMOND BOND, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CARTER EXPRESS, INC.,<br><br>Defendant. | Case No.: 3:24-cv-00013-WHR-CHG<br><br>Hon. Judge Walter H. Rice<br><br>Hon. Magistrate Judge Caroline H. Gentry |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXCUSE TRIAL ATTORNEY FROM ATTENDANCE AT JULY 15, 2025 FINAL APPROVAL HEARING

This matter comes before the Court on Defendant's, Carter Express, Inc., Unopposed Motion to Excuse Trial Attorney from Attendance at July 15, 2025 Final Approval Hearing. This Court having examined the Motion and being duly advised hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendant's Trial Attorney, Clifford Lauchlan, is excused from attendance at the July 15, 2025 Final Approval Hearing on this Court's docket.

IT IS FURTHER ORDERED that Defendant's counsel, Janis E. Steck, admitted *pro hac vice*, may appear at the Final Approval Hearing without the presence of the Trial Attorney.

**SO ORDERED.**

DATED: 7-14-25 , 2025

_Walter H. Rice_
JUDGE, United States District Court
For the Southern District of Ohio